

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

2:25-CR-00123-AB-002

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MUSTAPHA NKACHIWOUO SELLY YAMIE,<br><br>Defendant. | Case No. 2:25-mj-00929<br><br>ORDER OF DETENTION |

On March 3, 2025, Defendant Mustapha Nkachiwouo Selly Yamie made his initial appearance on a criminal complaint pending in this District. David Reed of the Indigent Defense Panel was appointed to represented Mr. Selly. Counsel submitted on the government's request for detention. The Court ordered Mr. SElly detained, and hereby makes the following findings:

1  ☐   On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case
2  allegedly involving a narcotics or controlled substance offense with maximum
3  sentence of ten or more years.

4  ☒   On motion by the Government or on the Court's own motion [18 U.S.C.
5  § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

6  The Court concludes that the Government is not entitled to a rebuttable
7  presumption that no condition or combination of conditions will reasonably assure
8  the defendant's appearance as required and the safety or any person or the
9  community [18 U.S.C. § 3142(e)(2)].

10  The Court finds that no condition or combination of conditions will
11  reasonably assure:  ☐ the appearance of the defendant as required.
12  ☒ the safety of any person or the community.

13  The Court has considered: (a) the nature and circumstances of the offense(s)
14  charged, including whether the offense is a crime of violence, a Federal crime of
15  terrorism, or involves a minor victim or a controlled substance, firearm, explosive,
16  or destructive device; (b) the weight of evidence against the defendant; (c) the history
17  and characteristics of the defendant; and (d) the nature and seriousness of the danger
18  to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered
19  the report and recommendation of the U.S. Pretrial Services Agency.

20  The Court bases its conclusions on the following:

21  The government is entitled to a detention hearing based on a serious
22  risk of flight. Mr. Selly is a citizen of Cameroon; he has family ties to that
23  country and no family ties to this District. He offered no potential sureties.
24  Moreover, his offense involves the use of fraudulently created
25  identifications. Based on these facts, the Court finds a serious risk of flight,
26  such that the government is entitled to a hearing under § 3142(f)(2).

27  The Court finds detention warranted because no condition or
28  combination of conditions could be set that could adequately protect the

community. Mr. Selly is alleged to have participated in a fairly sophisticated money laundering scheme, involving dozens of shell companies and 145 bank accounts. That scheme targeted vulnerable populations, including the elderly, and is alleged to have involved millions of dollars in laundered funds. Mr. Selly submitted on the government's request for detention, and thus provided no facts to assuage the Court's concern. The Court therefore orders Mr. Selly detained.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: March 4, 2025

                                              /s/
                            BRIANNA FULLER MIRCHEFF
                        UNITED STATES MAGISTRATE JUDGE